JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HAMMED AKINOLA,

                         Plaintiff(s)/Petitioner(s)

        v.

WARDEN,

                    Defendant(s)/Respondent(s)

Case No.  5:25-cv-03049-PA-PD

**ORDER RE: REPORT AND RECOMMENDATION
ON REQUEST TO PROCEED
*IN FORMA PAUPERIS***

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

    ☑ accepts the findings, conclusions and recommendations of the Magistrate Judge.
    ☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
    ☐              , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:
    ☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
    ☑ **DENIED**. This case is DISMISSED   ☐ with prejudice. ☑ without prejudice. **(JS-6).**
    ☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
        If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
    ☐ **GRANTED.**
    ☐ **GRANTED. IT IS FURTHER ORDERED** that:
        In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
    ☐ **GRANTED;**
        ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
        ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated:    January 26, 2026

By: _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25        Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)